| | |
|---|---|
| 1  | Robert A. Sacks (SBN 150146) |
|    | sacksr@sullcrom.com |
| 2  | Brian R. England (SBN 211335) |
|    | englandb@sullcrom.com |
| 3  | Edward E. Johnson (SBN 241065) |
|    | johnsonee@sullcrom.com |
| 4  | SULLIVAN & CROMWELL LLP |
|    | 1888 Century Park East, Suite 2100 |
| 5  | Los Angeles, California 90067-1725 |
|    | Tel.:  (310) 712-6600 |
| 6  | Fax:  (310) 712-8800 |
| 7  | Frank L. Bernstein (SBN 189504) |
|    | fbernstein@kenyon.com |
| 8  | KENYON & KENYON LLP |
|    | 1801 Page Mill Road, Suite 210 |
| 9  | Palo Alto, California 94304-1216 |
|    | Tel.:  (650) 384-4700 |
| 10 | Fax:  (650) 384-4701 |
| 11 | *Attorneys for Plaintiff j2 Global, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| J2 GLOBAL, INC., | ) | Case No. CV 13-02971 RMW |
| Plaintiff, | ) | |
| v. | ) | **[] ORDER** |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) | **CONTINUING MEDIATION SESSION** |
| Defendant. | ) | |
| _____ | ) | |
| INTEGRATED GLOBAL CONCEPTS, INC., | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| J2 GLOBAL, INC., | ) | |
| Counterclaim-Defendant. | ) | |

1   This matter is before the Court on the parties' Stipulation Continuing
2  Mediation Session. The Court, having considered the parties' Stipulation, finds
3  good cause in support thereof.
4   Accordingly, it is hereby ORDERED:
5   The Stipulation is GRANTED. The deadline to conduct the mediation
6  session in this action is continued to March 31, 2014 without prejudice to
7  requesting that the Court consider a further stipulation should the parties deem a
8  further extension beneficial for the prospects of settlement.
9
10  IT IS SO ORDERED.
11
12  Dated: 12/17/13

*Ronald M. Whyte*

The Hon. Ronald M. Whyte
United States District Judge