Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:   (650) 384-4700
Fax:   (650) 384-4701

*Attorneys for Plaintiff j2 Global, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| J2 GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Defendant. <br><br>——————————————<br> INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> J2 GLOBAL, INC., <br><br> Counterclaim-Defendant. | Case No. CV 13-02971 RMW <br><br> **SECOND STIPULATION CONTINUING MEDIATION SESSION** |

Plaintiff j2 Global, Inc. ("j2") and Defendant Integrated Global Concepts, Inc. ("IGC"), hereinafter collectively referred to as "the Parties," by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 30, 2013, the Court entered a Stipulation and Order Selecting ADR Process, referring the case to mediation;

WHEREAS, on December 17, 2013, the Court entered the parties' Stipulation Continuing Mediation Session, continuing the deadline for the parties to conduct a mediation to March 31, 2014, without prejudice to the parties seeking an additional extension [Dkt. No. 38];

WHEREAS, in addition to this proceeding, the Parties are also involved in other pending complex litigation matters in this Court and in the U.S. District Court for the Northern District of Georgia;

WHEREAS, in Case No. 12-03434 RMW, which has been consolidated with this case for trial of the issue of interpretation of the Agreement of Understanding, there is a pending motion for summary judgment, with the hearing set for March 14, 2014;

WHEREAS, in Case No. 12-03434 RMW the parties held a mediation session on May 9, 2013 that did not result in a resolution of the Parties' disputes;

WHEREAS, given the multiple pieces of litigation that are ongoing between them and the status of, and upcoming events in, the various cases, the Parties believe that continuing the deadline to conduct the mediation session to a later date will make the mediation session as productive as possible;

WHEREAS, the Parties wish to jointly request that the deadline to conduct the mediation session be continued to June 16, 2014 so that the session can be as productive as possible;

WHEREAS, on February 10, 2013, the Parties met with the Court-appointed mediator Vicki Veenker (the "Mediator") by phone; and

1       WHEREAS, the Parties discussed this proposal with the Mediator and
2 she agreed and consented to it.
3 / / /
4 / / /
5 / / /

-2-

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among
2  the Parties that the deadline to conduct the mediation session in this action should
3  be continued to June 16, 2014 without prejudice to requesting that the Court
4  consider a further stipulation should the parties deem a further extension beneficial
5  for the prospects of settlement.

6  Dated: February 25, 2014              Respectfully submitted,

7                                         By: /s/ Robert A. Sacks
8                                            Robert A. Sacks (SBN 150146)
                                             Brian R. England (SBN 211335)
9                                            Edward E. Johnson (SBN 241065)
                                             SULLIVAN & CROMWELL LLP
10                                           1888 Century Park East, Suite 2100
                                             Los Angeles, California 90067-1725
11                                           (310) 712-6600; Fax: (310) 712-8800

12                                           Frank L. Bernstein (SBN 189504)
                                             KENYON & KENYON LLP
13                                           1801 Page Mill Road, Suite 210
                                             Palo Alto, California 94304
14                                           (650) 384-4700; Fax: (650) 384-4701

15                                           *Attorneys for Plaintiffs j2 Global, Inc.
                                             and Advanced Messaging*
16                                           *Technologies, Inc.*

17 Dated: February 25, 2014              Respectfully submitted,
18
                                          By: /s/ Todd J. Dressel
19                                           Todd J. Dressel (SBN 220812)
                                             CHAPMAN AND CUTLER LLP
20                                           595 Market Street, 26th Floor
                                             San Francisco, California 94105
21                                           (415) 278-9088
                                             (415) 541-0506 facsimile
22
                                             Robert Schneider (*pro hac vice*)
23                                           James M. Heiser (*pro hac vice*)
                                             CHAPMAN AND CUTLER LLP
24                                           111 West Monroe Street
                                             Chicago, Illinois 60603
25                                           (312) 845-3000
                                             (312) 516-1900 facsimile
26
                                             *Attorneys for Defendant Integrated*
27                                           *Global Concepts, Inc.*
28

-3-

Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:   (650) 384-4700
Fax:   (650) 384-4701

*Attorneys for Plaintiff j2 Global, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J2 GLOBAL, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>INTEGRATED GLOBAL CONCEPTS, INC.,<br><br>       Defendant.<br>_____<br>INTEGRATED GLOBAL CONCEPTS, INC.,<br><br>       Counterclaimant,<br><br>       v.<br><br>J2 GLOBAL, INC.,<br><br>       Counterclaim-Defendant. | Case No. CV 13-02971 RMW<br><br>**[] ORDER CONTINUING MEDIATION SESSION** |

**[] ORDER**

This matter is before the Court on the parties' Second Stipulation Continuing Mediation Session. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED that the Stipulation is GRANTED. The deadline to conduct the mediation session is hereby continued to June 16, 2014.

IT IS SO ORDERED.

Dated:

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Judge