UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC._____Plaintiff,_____v._____j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.,_____Defendant. | Case No. C-12-03434-RMW_____**ORDER RE: SUPPLEMENTAL BRIEFING ON SUMMARY JUDGMENT**_____**[Re: Docket No. 147]** |

The court's order granting defendants' motion for summary judgment allowed plaintiff IGC to submit a brief "supported by testimony from Mr. Morosoff that justifies reconsideration . . . ." Dkt. No. 139 at 15. IGC's brief, Dkt. No. 147, goes beyond this invitation. IGC's brief does not cite any new facts or raise any additional argument that changes the court's interpretation of the contract as set forth in the summary judgment order. The Order Granting Summary Judgment is confirmed. The stay in Case No. 13-cv-02971 (Dkt. No. 34) is lifted.

Dated: May 5, 2014

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER
Case No. C-12-03434-RMW
- 1 -